```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| **BAYLOR A. NOLEN,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 25-00207-KD-B |
| | * |
| **AMERITRUCKS CENTER LLC,** *et al.*, | * |
| | * |
| Defendants. | * |

## ORDER

This action is before the Court on review of the disclosure statement filed by Defendant Ameritrucks Center LLC (Doc. 3). Federal Rule of Civil Procedure 7.1 requires a party in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a) to file a disclosure statement which names and identifies the citizenship of every individual or entity whose citizenship is attributed to that party. Fed. R. Civ. P. 7.1(a)(2). Consistent with this requirement, this Court's standard disclosure statement form directs every party in a diversity action to "name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party." In addition, the form specifies that in order to "identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the names and citizenships of all members or partners of that entity."

The disclosure statement filed by Defendant Ameritrucks

Center LLC does not comply with these requirements.  The disclosure statement indicates (apparently incorrectly) that "Defendant Ameritrucks Center LLC, is an Illinois *corporation* with its principal place of business in Kane County, Illinois." (Doc. 3 at 2 (emphasis added)).[1]  However, the disclosure statement fails to list the names and citizenships of all LLC members of Ameritrucks Center LLC as required.  (See id.).

As this Court's disclosure statement form makes clear, to identify the citizenship of a limited liability company or other unincorporated entity, a party must list the names and citizenships of all members of that entity.  See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004) (per curiam).  And, where a member of that entity is also a limited liability company or unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be.  See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017).

Accordingly, Defendant Ameritrucks Center LLC's disclosure statement (Doc. 3) is hereby **STRICKEN.**  Defendant Ameritrucks Center LLC is **ORDERED** to file a new disclosure statement on this

---

[1] The Illinois Secretary of State's online business entity records reflect that Ameritrucks Center LLC is an LLC, not a corporation. See https://apps.ilsos.gov/businessentitysearch/businessentitysearch#viewFile (last visited May 22, 2025).

2

Court's standard disclosure statement form on or before **May 27, 2025.** The new disclosure statement must disclose each member of Ameritrucks Center LLC (and, where applicable, each of its members' members), and those members' citizenships for purposes of diversity jurisdiction.

**ORDERED** this **22nd** day of **May, 2025.**

                                         **/s/ SONJA F. BIVINS**
                              **UNITED STATES MAGISTRATE JUDGE**